# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **SOUTH DALLAS WATER AUTHORITY,** | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION NO. 10-0604-CG-C |
| | : |
| **THE GUARANTEE COMPANY OF NORTH AMERICA, USA,** | : |
| | : |
| Defendant. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 25, 2011 is **ADOPTED** as the opinion of this Court. Therefore, plaintiff's motion to remand (Doc. 4) is hereby **GRANTED** and this action is **REMANDED** to the Circuit Court of Dallas County, Alabama. It is further **ORDERED** that plaintiff's motion to tax costs and expenses (Doc. 6) is **DENIED**.

**DONE and ORDERED** this 9th day of February, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE